UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIV. 19-_*3020*_____ |
| Plaintiff, | |
| v. | **COMPLAINT** |
| DAVID HUMP, and KAREN HUMP, Individually, and d/b/a BEAR COAT BISON, f/k/a Bear Coat Bison LLC, | |
| Defendants. | |

The United States of America, by and through its undersigned attorneys, and on behalf of the United States Department of the Interior (DOI), Office of Indian Energy and Economic Development (OIEED), Division of Capital Investment (DCI), hereby states and alleges as follows:

**JURISDICTION & VENUE**

1.    This Court has jurisdiction under 28 U.S.C. § 1345 because the United States is the Plaintiff and seeks to secure payment on its promissory note and to foreclose its mortgage securing a loan made pursuant to the provisions of 25 U.S.C. § 1481 et seq., 1511 et seq., and 25 CFR Part 103, and the issuance of an order of sale under 28 U.S.C. § 2001, free of any homestead exemption and redemption period.

2.    Defendants, David Hump and Karen Hump (Borrowers), maintain a residence in Ziebach County, South Dakota. Upon information and belief, David

1

Hump is an enrolled member of the Cheyenne River Sioux Tribe (CRST), a federally recognized tribe under the Indian Reorganization Act. 25 U.S.C. § 479a-1; *see* also, 67 F.R. 64328. Karen Hump, a non-Indian is married to David Hump. No claim is made against anyone other than Borrowers and their business.

3. In 2003, Bear Coat Bison, LLC, registered with the South Dakota Secretary of State. Karen Hump was listed as the registered agent. On November 9, 2007, a Certificate of Administrative Dissolution was filed by the Secretary of State.

4. The real property collateral that is the subject of this foreclosure action is Indian land[1] located in Ziebach County, South Dakota, within the boundaries of the Cheyenne River Sioux Reservation.

## CLAIM FOR JUDGMENT AND FORECLOSURE

5. Sometime in 1994, Borrowers became farm loan customers of the Farmers State Bank (Bank) of Faith, South Dakota. Their promissory notes to the Bank were cross-collateralized and Borrowers executed real estate mortgages and security agreements in livestock, machinery, and equipment.

---

[1] Indian land is an inclusive term describing all lands held in trust by the United States for individual Indians subject to federal restrictions against alienation or encumbrance. 25 C.F.R. § 150.2(h). Any individual Indian owner of trust lands, may with the approval of DOI execute a mortgage and such land shall be subject to foreclosure pursuant to the terms of the mortgage. For the purpose of foreclosure proceedings, the Indian owner shall be regarded as vested with unrestricted fee simple title to the lands. 25 U.S.C. § 5135; 25 C.F.R. § 152.34.

6.   By January 2004, Borrowers applied for additional loans from the Bank.   The purpose of the loans was to acquire interests in Indian land, including undivided (fractional) surface interests and mineral rights which would be exchanged for Indian land held in severalty closer to Borrowers' home.

7.   The Bank approved the loan application and sought loan guarantees from the DOI pursuant to the Indian Loan Guarantee, Insurance and Interest Subsidy Program, 25, U.S.C. §§ 1481 et seq., 1511 et seq, and 25 C.F.R. Part 103.   On or about February 4, 2004, the DOI issued the loan guarantees.

8.   On February 11, 2004, the Bank consolidated Borrowers' earlier notes and closed three loans.   Those notes were cross-collateralized.   In addition to the earlier real estate mortgages, Borrowers executed security agreements in livestock, machinery and equipment, and a new mortgage to the land they intended to purchase.[2]

9.   As interests in Indian land came up for sale, the Bank's loan proceeds were used to purchase those interests and they were placed in trust for David Hump.   Some of the undivided interests which were purchased were eventually exchanged for full ownership interests closer to Borrowers' home.

10.   On October 14, 2005, Borrowers filed a Chapter 12 Bankruptcy. *See, In Re: David Hump and Karen Hump*, South Dakota Bankr. No. 05-30175.

---

[2] The parties intended that the Bank would have a mortgage on all interests in real property purchased with loan funds, including the Indian land that was to be acquired, but the Mortgage was not approved by DOI or recorded.

11.   On November 30, 2005, the Bank filed a proof of claim in the amount of $1,411,362.45.   Claim No. 7; Bankr. No. 05-30175.

12.   The Bank submitted a claim of loss to DOI pursuant to the Loan Guarantee.   On January 30, 2007, the claim of loss was paid and the Bank assigned their loans to the United States.   *Id.*

13.   By Order dated September 25, 2007, Borrowers' Chapter 12 Plan of Reorganization was confirmed.   Doc 155-156, Bankr. No. 05-30175.

14.   On May 29, 2008, Borrowers made, executed, and delivered a Commitment Order and a $1,000,000 Promissory Note, in favor of the United States, with six percent (6%) interest accruing per annum on $874,250 amortized over 27 years, payable annually until paid in full, and a balloon payment of $125,750 (without interest accrual) by 2034.   True and correct copies of the Commitment Order and Promissory Note are attached as Exhibit 1.

15.   On February 10, 2011, Borrowers' bankruptcy was dismissed for failure to make payments.   Doc 188-189, Bankr. No. 05-30175.

16.   The last partial payment on the debt owed to DOI was made on December 30, 2014, in the amount of $26,000.

17.   Borrowers are in default of the terms of the 2008 Promissory Note because they have failed to make timely payments when due.

18.   Because of Borrowers' default, Borrowers were notified that the debt had been accelerated and due immediately.   True and correct copies of the acceleration notices are attached as Exhibit 2.

4

19.   A Certificate of Indebtedness, attached as Exhibit 3, indicates that the following amounts are currently due and owing upon the Note:

| | |
|---|---|
| Principal: | $   874,250.00 |
| Accrued Interest: | $   337,532.16 |
| Total Amount Due: | $ 1,211,782.16 |

20. On May 29, 2008, as security for the Promissory Note, Borrowers executed and delivered a real estate mortgage in favor of the United States to 1740.67 acres in Ziebach County, South Dakota.   A true and correct copy of the Mortgage is attached as Exhibit 4.

21. The Mortgage was approved by DOI on May 29, 2008, and filed with the Great Plains Regional Office Land Titles & Records Office on July 22, 2008. The Mortgage was filed with the Ziebach County, South Dakota, Register of Deeds on July 16, 2008, Book 30 of Mortgages on pages 80-81.   Exhibit 4.

22.   Indian land described in the Mortgage is as follows:

| TRACT ID | LEGAL DESCRIPTION | ACRES |
|---|---|---|
| X596A | SW¼ Sec 4, T9N, R18E | 160.0 |
| X297-A | SE¼ Sec 5, T9N, R18E | 160.0 |
| X1727A | S½NE¼, Lot 1, Lot 2, Sec 5, T9N, R18E | 160.22 |
| 1292 | S¼, Sec 6, T9N, R18E | 160.0 |
| X1881 | SW¼NE¼, Lot 2, Sec 6, T9N, R18E | 80.12 |
| X1881-A | SE¼NE¼, Lot 1, Sec 6, T9N, R18E | 80.18 |
| X1882A | E½SW¼, Lot 3, Lot 4, Sec 7, T9N, R18E | 159.60 |
| X774C | E½E½SW¼NE¼ (10 acres); E½E½W½E½SW¼NE¼ (2.5 acres); and SE¼NE¼ (40 acres); all in Sec 7, T9N, R18E | 52.5 |
| X1367A | E½SE¼, Sec 7, T9N, R18E. | 80.0 |
| 5072 | W½SE¼, Sec 7, T9N, R18E (80 acres) Lot 7, Lot 8, Sec 13, T9N, R17E (43.95 acres) Lot 5, Lot 6, Sec 24, T9N, R17E (44.10 acres) | 168.05 |
| 1220 | SW¼, Sec 8, T9N, R18E | 160.0 |
| X1290-A | NE¼, Sec 8, T9N, R18E | 160.0 |

| TRACT ID | LEGAL DESCRIPTION | ACRES |
|----------|-------------------|-------|
| 3697A | SE¼, Sec 8, T9N, R18E | 160.0 |

23.   The DOI Title Status Reports for Tracts described in the Mortgage and held in trust for the benefit of David Hump are attached as Exhibit 5.[3]

24.   The United States is the owner and holder of the May 29, 2008 Commitment Order, Promissory Note and Mortgage.   Exhibits 1 and 4.

25.   The Promissory Note provides that if Defendants fail to pay any installment of principal or interest, then the entire indebtedness may be declared immediately due and payable. Exhibit 1.

26.   Borrowers are in default of the terms of the note because they failed to make timely payments of principal and interest when due.

27.   Because of Borrowers' default, DOI accelerated the notes and declared all of the debt immediately due and payable.   Exhibit 2.

28.   All debt restructuring and associated rights have been exhausted. All attempts at mediation have failed.

29.   No other action at law or proceeding in equity or otherwise has been commenced or is now pending for foreclosure or judgment upon the Promissory Note and Mortgage.

---

[3] The United States does not seek to foreclose all acres listed in the 2008 Mortgage.   Tract 1882A was transferred by Mr. Hump to CRST on May 29, 2008. Only 80 acres in Allotment 5072 is owned in trust for the benefit of Mr. Hump.

30.    The United States is entitled to judicially enforce its security interests and have all the collateral sold in the manner prescribed by law with the proceeds applied to the amounts due.

31.    The United States is entitled to all proper costs incurred, or to be incurred from the time this Complaint is filed to the conclusion of this action.

32.    The Note and Mortgage provide that the United States may expend money for the collection of the note or to preserve or protect any security for the loan.

33.    The fair and reasonable value of the security is less than the debt, including all costs and advances, owed by the Borrowers.   Sale of the mortgaged property interests is likely to result in a deficiency owed to the United States.

34.    The mortgaged property interests constitute more than one distinct tract or parcel, so the sale in more than one parcel will be to the advantage of all parties having an interest therein.

35.    Borrowers relinquished any homestead rights. Exhibit 4.

36.    Borrowers may avail themselves of the right to redemption at any time prior to foreclosure by paying the entire amount due on the notes.   Under federal law, no statutory right of redemption exists after foreclosure. *United States v. Victory Highway Vill., Inc.*, 662 F.2d 488, 498 (8th Cir. 1981).   Thus, once the United States forecloses on the mortgage, any right to regain the property is extinguished.   *Id.*

7

## REQUEST FOR RELIEF

WHEREFORE, United States respectfully requests that the Court enter judgment in its favor as follows:

1.     Judgment be entered against Borrowers in the amount of $1,211,782.16, jointly and severally, together with any additional sums advanced, costs or expenses expended herein, and interest accruing thereon.

2.     The security interest of the United States in the following described real estate listed in the Mortgage be foreclosed and that the Borrowers be adjudged to have no further right, title, or interest in said property.

| TRACT ID | LEGAL DESCRIPTION | ACRES |
|---|---|---|
| X596A | SW1/4 Sec 4, T9N, R18E | 160 |
| X297-A | SE1/4 Sec 5, T9N, R18E | 160 |
| X1727A | S1/2NE1/4, Lot 1, Lot 2, Sec 5, T9N, R18E | 160.22 |
| 1292 | SE1/4, Sec 6, T9N, R18E | 160 |
| X1881 | SW1/4NE1/4, Lot 2, Sec 6, T9N, R18E | 80.12 |
| X1881-A | SE1/4NE1/4 Lot 1, Sec 6, T9N, R18E | 80.18 |
| X774A | E1/2 E1/2 SW1/4 NE1/4 (10 acres); E1/2 E1/2 W1/2 E1/2 SW1/4 NE1/4 (2.5 acres); and SE1/4 NE1/4 (40 acres); all in Sec 7, T9N, R18E | 52.5 |
| X1367A | E1/2 SE1/4, Sec 7, T9N, R18E | 80 |
| 5072 | W1/2 SE1/4 Sec 7, T9N, R18E | 80 |
| 1220 | SW1/4 Sec 8, T9N, R18E | 160 |
| X1290-A | NE1/4 Sec 8, T9N, R18E | 160 |
| 3697A | SE1/4 Sec 8, T9N, R18E | 160 |

3.   A Decree of Foreclosure and Sale be entered directing the United States Marshal or his deputy to sell the described real estate in any commercially reasonable manner, or at its discretion, to contract with a real estate or brokerage firm or auctioneer in order to maximize the sale of the property, or in

8

any other manner provided by law, without the right of redemption, and to apply the proceeds as follows: (a) to the costs and expenses of sale; (b) to the payment of the costs and disbursements taxed in the action in which the sale is made; (c) to payment on the debt adjudged by the Court to be due; (d) to pay the surplus, if any, into court for the use of the person entitled thereto, subject to the order of the Court.

4.    The Borrowers or those individuals in possession of Borrowers' property be directed to peacefully cooperate, assemble, and deliver to the United States Marshal the herein described property, and do no injury to or commit waste on the property.

5.    The United States Marshal be directed to take possession of said property and, after advertising for sale according to law, to sell the property in the manner provided for by law, and to apply the proceeds to the costs and expenses of sale, Plaintiff's costs and expenses of this action, and the indebtedness due to Plaintiff.

6.    The Court determine the lien priority and interests of the parties and order the Marshal to distribute the proceeds accordingly.

7.    The Borrowers, together with each and every person or entity claiming under them or claiming any lien or encumbrance of any kind or character upon or against the collateral subsequent in time or in priority, or both, to the liens of the United States, be barred and foreclosed of and from all rights, title, or interest in and to said property.

9

8.   The United States be awarded or otherwise reimbursed for the costs and disbursements of this action.

9.   The Court determine the fair and reasonable value of the collateral and United States be allowed to bid the fair and reasonable value of the mortgaged interest less the sum of the balances due, as of the date of sale, on any prior liens or encumbrances upon the mortgaged property, including liens or charges for real property taxes and special assessments, but in no event be required to bid a sum in excess of the debt adjudged by the Court to be due, with costs and disbursements taxed in the action in which the sale is made, and costs and expenses of the sale.

10.   To the extent the net proceeds from the sale of the collateral are less than the amount of the debt owed to the United States, Plaintiff requests a deficiency judgment against the Borrowers and their business, Bear Coat Bison, jointly and severally, for any sums due which remain unsatisfied after the sale of the mortgaged property.

11.   Any other relief the Court deems to be just and equitable.

Dated this ___4th___ day of December, 2019.

RONALD A. PARSONS, JR.
United States Attorney

Cheryl Schrempp DuPris
Assistant United States Attorney
P.O. Box 7240
Pierre, SD 57501
(605) 945-4553
Fax: 605.223.8305
Cheryl.Dupris@usdoj.gov

10

**VERIFICATION**

I, David B. Johnson, hereby verify and declare under penalty of perjury that I am an employee of the Department of the Interior; that I have read the foregoing Complaint and know the contents thereof; that the matters contained in the Complaint are true and correct to my own knowledge, except that any matters herein stated to be alleged on information and belief and as to those matters I believe them to be true.

Executed on this the 25 day of November, 2019.

UNITED STATES
DEPARTMENT OF THE INTERIOR

David B. Johnson
Acting Chief, Division of Capital Investment
Office of Indian Energy & Economic Development
United States Department of the Interior
1849 C Street, N.W., MS 4138 MIB
Washington, D.C. 20240

11

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | DAVID HUMP, KAREN HUMP, Individually and d/b/a Bear Coat Bison |

| (b) County of Residence of First Listed Plaintiff _____ <br> *(EXCEPT IN U.S. PLAINTIFF CASES)* | County of Residence of First Listed Defendant   Ziebach <br> *(IN U.S. PLAINTIFF CASES ONLY)* <br> NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF <br> THE TRACT OF LAND INVOLVED. |
|---|---|
| (c) Attorneys *(Firm Name, Address, and Telephone Number)* <br> Cheryl S. DuPris & Ellie Bailey, United States Attorney's Office <br> P.O. Box 7240, 225 S. Pierre Street, Suite 337 <br> Pierre, SD  57501 | Attorneys *(If Known)* |

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
Plaintiff

☐ 2   U.S. Government
Defendant

☐ 3   Federal Question
*(U.S. Government Not a Party)*

☐ 4   Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place <br> of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place <br> of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a <br> Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance <br> ☐ 120 Marine <br> ☐ 130 Miller Act <br> ☐ 140 Negotiable Instrument <br> ☐ 150 Recovery of Overpayment <br> & Enforcement of Judgment <br> ☐ 151 Medicare Act <br> ☐ 152 Recovery of Defaulted <br> Student Loans <br> (Excludes Veterans) <br> ☐ 153 Recovery of Overpayment <br> of Veteran's Benefits <br> ☐ 160 Stockholders' Suits <br> ☐ 190 Other Contract <br> ☐ 195 Contract Product Liability <br> ☐ 196 Franchise | **PERSONAL INJURY** <br> ☐ 310 Airplane <br> ☐ 315 Airplane Product <br> Liability <br> ☐ 320 Assault, Libel & <br> Slander <br> ☐ 330 Federal Employers' <br> Liability <br> ☐ 340 Marine <br> ☐ 345 Marine Product <br> Liability <br> ☐ 350 Motor Vehicle <br> ☐ 355 Motor Vehicle <br> Product Liability <br> ☐ 360 Other Personal <br> Injury <br> ☐ 362 Personal Injury - <br> Medical Malpractice | **PERSONAL INJURY** <br> ☐ 365 Personal Injury - <br> Product Liability <br> ☐ 367 Health Care/ <br> Pharmaceutical <br> Personal Injury <br> Product Liability <br> ☐ 368 Asbestos Personal <br> Injury Product <br> Liability <br> **PERSONAL PROPERTY** <br> ☐ 370 Other Fraud <br> ☐ 371 Truth in Lending <br> ☐ 380 Other Personal <br> Property Damage <br> ☐ 385 Property Damage <br> Product Liability | ☐ 625 Drug Related Seizure <br> of Property 21 USC 881 <br> ☐ 690 Other | ☐ 422 Appeal 28 USC 158 <br> ☐ 423 Withdrawal <br> 28 USC 157 <br> **PROPERTY RIGHTS** <br> ☐ 820 Copyrights <br> ☐ 830 Patent <br> ☐ 835 Patent - Abbreviated <br> New Drug Application <br> ☐ 840 Trademark | ☐ 375 False Claims Act <br> ☐ 376 Qui Tam (31 USC <br> 3729(a)) <br> ☐ 400 State Reapportionment <br> ☐ 410 Antitrust <br> ☐ 430 Banks and Banking <br> ☐ 450 Commerce <br> ☐ 460 Deportation <br> ☐ 470 Racketeer Influenced and <br> Corrupt Organizations <br> ☐ 480 Consumer Credit <br> ☐ 490 Cable/Sat TV <br> ☐ 850 Securities/Commodities/ <br> Exchange |
| **REAL PROPERTY** <br> ☐ 210 Land Condemnation <br> ☒ 220 Foreclosure <br> ☐ 230 Rent Lease & Ejectment <br> ☐ 240 Torts to Land <br> ☐ 245 Tort Product Liability <br> ☐ 290 All Other Real Property | **CIVIL RIGHTS** <br> ☐ 440 Other Civil Rights <br> ☐ 441 Voting <br> ☐ 442 Employment <br> ☐ 443 Housing/ <br> Accommodations <br> ☐ 445 Amer. w/Disabilities - <br> Employment <br> ☐ 446 Amer. w/Disabilities - <br> Other <br> ☐ 448 Education | **PRISONER PETITIONS** <br> **Habeas Corpus:** <br> ☐ 463 Alien Detainee <br> ☐ 510 Motions to Vacate <br> Sentence <br> ☐ 530 General <br> ☐ 535 Death Penalty <br> **Other:** <br> ☐ 540 Mandamus & Other <br> ☐ 550 Civil Rights <br> ☐ 555 Prison Condition <br> ☐ 560 Civil Detainee - <br> Conditions of <br> Confinement | **LABOR** <br> ☐ 710 Fair Labor Standards <br> Act <br> ☐ 720 Labor/Management <br> Relations <br> ☐ 740 Railway Labor Act <br> ☐ 751 Family and Medical <br> Leave Act <br> ☐ 790 Other Labor Litigation <br> ☐ 791 Employee Retirement <br> Income Security Act <br> **IMMIGRATION** <br> ☐ 462 Naturalization Application <br> ☐ 465 Other Immigration <br> Actions | **SOCIAL SECURITY** <br> ☐ 861 HIA (1395ff) <br> ☐ 862 Black Lung (923) <br> ☐ 863 DIWC/DIWW (405(g)) <br> ☐ 864 SSID Title XVI <br> ☐ 865 RSI (405(g)) <br> **FEDERAL TAX SUITS** <br> ☐ 870 Taxes (U.S. Plaintiff <br> or Defendant) <br> ☐ 871 IRS—Third Party <br> 26 USC 7609 | ☐ 890 Other Statutory Actions <br> ☐ 891 Agricultural Acts <br> ☐ 893 Environmental Matters <br> ☐ 895 Freedom of Information <br> Act <br> ☐ 896 Arbitration <br> ☐ 899 Administrative Procedure <br> Act/Review or Appeal of <br> Agency Decision <br> ☐ 950 Constitutionality of <br> State Statutes |

## V. ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original
Proceeding

☐ 2   Removed from
State Court

☐ 3   Remanded from
Appellate Court

☐ 4   Reinstated or
Reopened

☐ 5   Transferred from
Another District
*(specify)*

☐ 6   Multidistrict
Litigation -
Transfer

☐ 8   Multidistrict
Litigation -
Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C. § 1345; 25 U.S.C. § 1481 et seq.

Brief description of cause:
Foreclosure of a loan and mortgage to real property held in trust for Defendant David Hump.

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER RULE 23, F.R.Cv.P.

DEMAND $
1,211,782.16

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____

DOCKET NUMBER _____

DATE
12-4-2019

SIGNATURE OF ATTORNEY OF RECORD
*Cheryl Schremp Dupris*

## FOR OFFICE USE ONLY

RECEIPT # _____     AMOUNT _____     APPLYING IFP _____     JUDGE _____     MAG. JUDGE _____

Form 5-4743
January 1972

### UNITED STATES
### DEPARTMENT OF THE INTERIOR
### Bureau of Indian Affairs
### Division of Credit and Financing

## PROMISSORY NOTE FOR A LOAN FROM AN INDIAN ORGANIZATION

**Agreement Number:** ███████
on   assigned   loans: ███████ ,

## $1,000,000.00 (principal)　　　　　　　　**Date:** May 29, 2008

For value received the undersigned promises to pay to the order of the Bureau of Indian Affairs, Cheyenne River Agency at P O Box 590, Eagle Butte, SD 57625 the sum of One Million and 00/100 dollars ($1,000,000.00) with six percent (6%) interest accruing per annum on $874,250.00 amortized over twenty-seven years, payable annually until paid in full according to the following repayment schedule (on or before):

| | |
|---|---|
| September 1, 2008  (interest only) | **$52,455.00** |
| September 1, 2009  (interest only) | **$52,455.00** |
| September 1, 2010  (interest only) | **$52,455.00** |
| September 1, 2011 (principal & interest) | **$66,161.00** |
| To be paid annually until all twenty-four annual payments are made. | |
| September 1, 2034  (final payment of principal only) | **$175,954.01** |
| September 1, 2034 (balloon payment w/no interest accrual) | **$125,750.00** |

A late charge will be assessed on any payments not made when due at the rate set by the United States Treasury, and shall apply to overdue payments for each 30-day period. This charge will accrue until payment is received, even though the rate will change quarterly.

Upon default in the payment of any installment of principal or interest, or in any of the terms of the undersigned's loan agreement, then the entire indebtedness, at the option of the holder, may be declared to be due and payable. In case this note is placed in the hands of an attorney for collection the undersigned agrees to pay a reasonable attorney's fee and all other costs and expenses incurred.

Presentment for payment and notice of nonpayment is hereby waived.

Borrower's Signature:　　　　　　　　　For the Bureau of Indian Affairs:

David J. Hump　　　　　　　　　　　　Agency Superintendent

Karen L. Hump　　　　　　HUMP EXHIBIT 1

## COMMITMENT ORDER
### David J. Hump and Karen L. Hump

The securing documents offered or required for the loan shall be executed and delivered to the Bureau of Indian Affairs. The applicant in writing shall accept any conditions listed below unconditionally. The application exhibits and this commitment order shall constitute the loan agreement.

1.  The debtors shall pay BIA $1,000,000.00, as follows: The first three annual payments shall be interest only, by paying interest at six percent (6%) per annum on $874,250. The first annual interest only payment of $52,455 shall be due on September 1, 2008. $15,000 of the first payment will be paid through the trustee, and the balance of $37,455 will be paid directly to BIA. All other payments will be paid directly to BIA. The second annual interest only payment of $52,455 shall be due on September 1, 2009; and the third annual interest only payment of $52,455 will be due on September 1, 2010. The principal amount of $874,250 shall be amortized over twenty-seven years with interest accrued at six percent (6%) per annum, with annual payments of $66,161. The debtors shall pay BIA twenty-four (24) annual payments of $66,161, as follows: The first amortized payment of principal and accrued interest in the sum of $66,161 shall be due on September 1, 2011, with a like payment of $66,161 due on September 1st of each year thereafter until all twenty-four annual payments of $66,161 have been paid on or before September 1, 2034. After the twenty-four payments of $66,161 have been paid, there will be principal in the amount of $175,954.01 remaining to be paid unless the debtors have previously made extra payments. The remaining principal balance of $175,954.01 will be paid on or before September 1, 2034. An additional balloon payment of $125,750 shall be made on or before September 1, 2034, without interest accrued on such amount.

2.  Collateral will consist of a 1st lien on all bison, machinery, and equipment, now owned and hereafter acquired. Also, a 1st lien Real Estate mortgage on approximately 1922 acres will be required. Debtors and creditor understand that not all 1922 acres of real estate is currently available for mortgaging. Subsequent mortgages will be filed when additional acreage becomes available.

3.  Debtors agree to provide annual operating expense records, annual IRS income tax returns, and an annual balance sheet to the BIA.

4.  Debtors agree to cooperate and comply with all BIA administrative loan servicing requirements and the terms of all promissory notes and security agreements, including, but not limited to inspections of security, reporting of sales and death losses within 30 days after they occur.

5.  The debtor hereby waives any and all defenses, offsets, counterclaims, and causes of action of any kind that the debtor has or may have as of the date of this financing against the United States of America, the BIA, any predecessor owner of the Loan Documents, and their respective officers, employees, agents, and representatives, relating in any material way to:
    a.  the validity, terms or conditions of the Loan Documents;
    b.  the claim for loss satisfaction of the Loan;
    c.  the negotiation or documentation of any proposed settlement, workout, or modification relating to the Loan, including this financing; and
    d.  the operation of any project or business for which the Loan was made.

Approved by: _____   Date: _5/29/08_
BIA Agency Superintendent

Accepted by: _____   _____
David J. Hump                             Karen L. Hump



# United States Department of the Interior

### OFFICE OF THE SECRETARY
#### Washington, DC  20240

October 30, 2018

David and Karen Hump

████████████

████████████

Re:  David J. Hump and Karen L. Hump
Loan Guarantee # ██████████
Balance due $ 1,211,782.16 as of October 30, 2018

Dear Mr. and Mrs. Hump:

**\*\*\*IMPORTANT\*\*\***

**FOR A DESCRIPTION OF YOUR RIGHTS SEE THE ENCLOSED NOTICE OF RIGHTS**

The purpose of this letter is to demand payment for Loan Guarantee # ████████. On or about May 29, 2008, you signed a promissory Note for a loan from an Indian Organization. The Promissory Note provides for acceleration of the entire indebtedness on the event of default. The balance is now due.

Demand is made upon you for full payment of the following amount:

| | | |
|---|---|---|
| Principal | $ 874,250.00 | |
| Interest | $ 337,532.16 | as of October 30, 2018 |
| Late fees | $       00.00 | |

Total due $ 1,211,782.16   as of October 30, 2018
Interest is no longer accruing

Payment may be made by cashier's check made payable to the Bureau of Indian Affairs and sent to the following address:

> Bureau of Indian Affairs
> Attn: Loan Accounting Section
> 1001 Indian School Road, Suite 350
> Albuquerque, New Mexico 87104
> Reference Loan# ██████████

HUMP EXHIBIT 2

Payment may also be made electronically at ████████████████████████. Please include your loan number to ensure proper credit.

If you are remitting payment via mail or through our Web Portal, please call or email me with the tracking number from the delivery company or a copy of the pay.gov confirmation.

To dispute the validity of this debt or any portion thereof, you must notify this office in writing within **30 days** after receiving this notice. Please include any documents to support your dispute. Upon request, this office will provide you with a copy of the loan documents.

If you do not dispute this debt or remit payment for the total amount due of $ 1,211,782.16 within 30 days of receipt of this notice, collection activity will continue.

If you have any questions or want to make payment arrangements, please call or email me at the information provided below.

Sincerely,

Sherrie A. Miller, Collections Coordinator
Division of Capital Investment
Office of Indian Energy & Economic Development

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

HUMP EXHIBIT 2

# "NOTICE OF RIGHTS"

1. **Enforced Collections.** You are notified that we may refer your debt to the Department of Justice for enforced collections. You have the following rights:

   - You may inspect and copy DOI records related to the debt.
   - You may request a review of the DOI's determination that you owe a debt, or request a waiver of the debt if waiver is provided for by law.
   - You may be entitled to an oral hearing if required by statue or if the DOI decides that the question of the validity of your debt cannot be resolved by review of the documentary evidence.
   - You may enter into a written agreement with DOI to pay the debt over time. You must contact Sherrie Miller, Collections Coordinator, at ███████ ████████████ to make arrangements under this paragraph within thirty (30) days from the date of this letter.

2. **Administrative Offset.** You are notified that we may refer your debt to the Department of Treasury. If you receive a payment that may be legally offset, we intend to collect your debt by administrative offset. You have the following rights:

   - You may inspect and copy DOI records related to the debt.
   - You may request a review of the DOI's determination that you owe a debt, or request a waiver of the debt if waiver is provided for by law.
   - You may be entitled to an oral hearing if required by statue or if the DOI decides that the question of the validity of your debt cannot be resolved by review of the documentary evidence.
   - You may enter into a written agreement with the DOI to pay the debt over time. You must contact Sherrie Miller, Collections Coordinator, at ███████ ████████████ to make arrangements under this paragraph within thirty (30) days from the date of this letter.

   NOTE: You will be separately notified of the rights available to you if we intent to offset the following types of Federal payments: salary, retirement, income tax refund and certain benefits.

3. **Credit Bureau Reporting.** You are notified that we may report your debt to national credit bureaus. The information to be disclosed to commercial/consumer reporting agencies will include your name, address, and tax payer identification number; the amount, status, and history of your debt, and the name of the agency or program under which the debt arose.

   You have the following rights with respect to debts to be reported to commercial/consumer reporting agencies:

   - You may conduct a complete examination of your debt.

- You may dispute information in the records of the DOI about your debt.
- You may request administrative repeal or review of the debt, unless all administrative appeals have been exhausted.
- You may be entitled to an oral hearing if required by statue or if the DOI determines that the question of validity of your debt cannot be resolved by review of the documentary evidence.

You must contact Sherrie Miller, Collections Coordinator, at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ within sixty (60) days from the date of this letter to make arrangements under this paragraph.

NOTE: These rights do not apply to debts already reported to commercial/consumer reporting agencies.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



# United States Department of the Interior

### OFFICE OF THE SECRETARY
### Washington, DC  20240

October 30, 2018

David and Karen Hump

████████████

████████████

Re:  David J. Hump and Karen L. Hump
Loan Guarantee # ████████████
Balance due $ 1,211,782.16 as of October 30, 2018

Dear Mr. and Mrs. Hump:

### ***IMPORTANT***

## FOR A DESCRIPTION OF YOUR RIGHTS SEE THE ENCLOSED NOTICE OF RIGHTS

The purpose of this letter is to demand payment for Loan Guarantee # ████████████. On or about May 29, 2008, you signed a promissory Note for a loan from an Indian Organization. The Promissory Note provides for acceleration of the entire indebtedness on the event of default. The balance is now due.

Demand is made upon you for full payment of the following amount:

| | | |
|---|---|---|
| Principal | $ 874,250.00 | |
| Interest | $ 337,532.16 | as of October 30, 2018 |
| Late fees | $ 00.00 | |

Total due $ 1,211,782.16   as of October 30, 2018
Interest is no longer accruing

Payment may be made by cashier's check made payable to the Bureau of Indian Affairs and sent to the following address:

> Bureau of Indian Affairs
> Attn: Loan Accounting Section
> 1001 Indian School Road, Suite 350
> Albuquerque, New Mexico 87104
> Reference Loan# ████████████

HUMP EXHIBIT 2

Payment may also be made electronically at █████████████████████████. Please include your loan number to ensure proper credit.

If you are remitting payment via mail or through our Web Portal, please call or email me with the tracking number from the delivery company or a copy of the pay.gov confirmation.

To dispute the validity of this debt or any portion thereof, you must notify this office in writing within **30 days** after receiving this notice. Please include any documents to support your dispute. Upon request, this office will provide you with a copy of the loan documents.

If you do not dispute this debt or remit payment for the total amount due of $ 1,211,782.16 within 30 days of receipt of this notice, collection activity will continue.

If you have any questions or want to make payment arrangements, please call or email me at the information provided below.

Sincerely,

Sherrie A. Miller, Collections Coordinator
Division of Capital Investment
Office of Indian Energy & Economic Development

████████████████████
████ ████ ████
████████ ████

This is an attempt to collect a debt. Any information obtained will be used for that purpose.

## "NOTICE OF RIGHTS"

1. **Enforced Collections.** You are notified that we may refer your debt to the Department of Justice for enforced collections. You have the following rights:

   - You may inspect and copy DOI records related to the debt.
   - You may request a review of the DOI's determination that you owe a debt, or request a waiver of the debt if waiver is provided for by law.
   - You may be entitled to an oral hearing if required by statue or if the DOI decides that the question of the validity of your debt cannot be resolved by review of the documentary evidence.
   - You may enter into a written agreement with DOI to pay the debt over time. You must contact Sherrie Miller, Collections Coordinator, at ████████ ████████████████ to make arrangements under this paragraph within thirty (30) days from the date of this letter.

2. **Administrative Offset.** You are notified that we may refer your debt to the Department of Treasury. If you receive a payment that may be legally offset, we intend to collect your debt by administrative offset. You have the following rights:

   - You may inspect and copy DOI records related to the debt.
   - You may request a review of the DOI's determination that you owe a debt, or request a waiver of the debt if waiver is provided for by law.
   - You may be entitled to an oral hearing if required by statue or if the DOI decides that the question of the validity of your debt cannot be resolved by review of the documentary evidence.
   - You may enter into a written agreement with the DOI to pay the debt over time. You must contact Sherrie Miller, Collections Coordinator, at ████████ ████████████████ to make arrangements under this paragraph within thirty (30) days from the date of this letter.

   NOTE: You will be separately notified of the rights available to you if we intent to offset the following types of Federal payments: salary, retirement, income tax refund and certain benefits.

3. **Credit Bureau Reporting.** You are notified that we may report your debt to national credit bureaus. The information to be disclosed to commercial/consumer reporting agencies will include your name, address, and tax payer identification number; the amount, status, and history of your debt, and the name of the agency or program under which the debt arose.

You have the following rights with respect to debts to be reported to commercial/consumer reporting agencies:

   - You may conduct a complete examination of your debt.

- You may dispute information in the records of the DOI about your debt.
- You may request administrative repeal or review of the debt, unless all administrative appeals have been exhausted.
- You may be entitled to an oral hearing if required by statue or if the DOI determines that the question of validity of your debt cannot be resolved by review of the documentary evidence.

You must contact Sherrie Miller, Collections Coordinator, at ████████████████████ within sixty (60) days from the date of this letter to make arrangements under this paragraph.

NOTE: These rights do not apply to debts already reported to commercial/consumer reporting agencies.



After printing this label:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

HUMP EXHIBIT 2

**United States Department of Justice**
**Nationwide Central Intake Facility (NCIF)**
**2 Constitution Square**
**145 N. Street, NE 6W.316**
**Washington, DC 20530**



February 26, 2019

David Hump



| Re: | **Case Name** | **US VS Hump** |
|---|---|---|
| | **Account Number:** | |
| | **Total Amount Due:** | **$1,211,782.16** |
| | **Payment Due Date:** | **Immediately** |

*This is a demand for payment of the above-referenced debt. If you are currently represented by an attorney, please advise this office so that future correspondence may be directed to your attorney.*

Dear David Hump:

The DEPARTMENT OF INTERIOR has referred your debt in the above referenced amount to the USAO/SD District to initiate a federal court legal action against you and may obtain a civil judgment in the United States District Court for the collection of this debt. In the event an action is filed, that office will seek additional costs and fees which will be added to your debt.

**To avoid legal action against you and further increases to the amount you owe, you should pay this debt in full, immediately upon receipt of this letter, or contact the USAO /SD District at** ▮▮▮▮▮ **to discuss this debt. If you or your attorney does not contact this office the following may occur:**

   o   **The federal court can enter a judgment ordering you to pay.  Judgments do not expire and may appear on your credit report.**
   o   **A lien may be placed on any property you own, which means you cannot sell or transfer your property until the debt has been paid in full.**
   o   **Enforcement of the judgment may include attachment or execution of your non-exempt personal property, offset of your federal tax refund, and garnishment of your wages.**

**Act now and prevent the above actions from happening to you.**

**How do you pay your debt?**
   •   **Pay Online:** Visit ▮▮▮▮▮▮▮▮▮
   •   **Pay by Mail:** Send a check or money order payable to the U.S. Department of Justice in the enclosed, self-addressed envelope and include your name and the above referenced account number on the face of your check. To pay by credit card, use the form on the back of this letter.

Sincerely,
United States Department of Justice
Debt Collection Management
Nationwide Central Intake Facility



# United States Department of the Interior

### OFFICE OF THE SECRETARY
Washington, DC  20240

## CERTIFICATE OF INDEBTEDNESS

Debtor Name and
Address:

David and Karen Hump

████████████████

**Total debt due United States as of Date: 11/20/2019**
**Principal: $ 847,250.00**
**Interest (through Date \*):   $ 337,532.16 through 3/25/2015**
**Total: $ 1,211,782.16**

\***As per the Promissory Note executed on Date**

I certify that the Department of the Interior, Office of Indian Energy and Economic Development (OIEED), Division of Capital Investment (DCI), and the Bureau of Indian Affair's (BIA) Loan Accounting Section (LAS) record shows that the debtors named above are indebted to the United States in the amount stated above.

The claim arose from a defaulted Guaranteed Loan pursuant to 25 CFR Part 103.

**CERTIFICATION:** Pursuant to 25 USC § 1746(2), I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the Department of the Interior, Office of Indian Energy and Economic Development (OIEED), Division of Capital Investment (DCI), and the Bureau of Indian Affair's (BIA) Loan Accounting Section (LAS).

Date: November 20, 2019

Sherrie A. Miller
Collections Coordinator
Division of Capital Investment
Office of Indian Energy and Economic Development
U. S. Department of the Interior

HUMP EXHIBIT 3

(Page 1 of 5)

340 / 35280
RECORDED
GREAT PLAINS REGIONAL
2008 JUL 24 01:48 PM
LAND TITLES & RECORDS
BUREAU OF INDIAN AFFAIRS

## CERTIFICATE OF APPROVAL

**David J. and Karen L. Hump & Bureau of Indian Affairs - Cheyenne River Agency**

Pursuant to the Act of March 29, 1956, CFR 25 152.34 (70 Stat. 62, 63: U.S. C. 483a) and authority delegated to the Area Director by 10 BIAM, the foregoing mortgage is hereby approved. Approval of this Mortgage shall not be construed to be an agreement of assurance that the lands covered by the mortgage will remain in trust or restricted status during the period of this mortgage agreement. Should foreclosure be necessary, the mortgagee shall give written notice to the Bureau of Indian Affairs Agency Office prior to initiation of such proceedings.

5/29/08
Date

Agency Superintendent

Pursuant to authority delegated to the
Assistant Secretary-Indian Affairs by
209 DM 8, 230 DM 1, to the Great Plains
Regional Director by 3 IAM 4 (Release
No. 00-03), and to Superintendents
by Great Plains Regional Addendum
3 IAM 4 (Release No. 0113).

## ACKNOWLEDGEMENT

RECORDED-BIA
LAND TITLES &
RECORDS OFFICE.
GREAT PLAINS
REGIONAL OFFICE
2008 JUL 22 A 11: 55

STATE OF SOUTH DAKOTA)
                       )
COUNTY OF DEWEY        )

On this 29ᵗʰ day of **May 2008**, appeared before me _William Arthur Hacker_ mag known to me to be Agency Superintendent, United States Department of the Interior, Bureau of Indian Affairs, and the person who executed the foregoing instrument, and s/he executed the same as the free act and deed of the United States of America, as trustee, for the uses and purposes therein.

IN WITNESS WHEREOF, I have hereunto set my hand and seal at **Eagle Butte, S.D.**, the day and year aforesaid.

(SEAL)
JOYCE M. QUICK
NOTARY PUBLIC
STATE OF SOUTH DAKOTA

Notary Public

My Commission Expires:

05/04/2013

(05-31-2000), State PN 870



AS CUSTODIAN OF THE LAND TITLES RECORDS OF THE BUREAU
OF INDIAN AFFAIRS, ABERDEEN AREA OFFICE, ABERDEEN, SD.
I HEREBY CERTIFY THAT THIS IS THE TRUE COPY OF DOCUMENT
CONTAINED IN PROBATE FILE 340 36280
DATE: 11-22-19   (Melissa Peterson)
RICHARD D. ZEPHIER MANAGER
LAND TITLES AND RECORDS OFFICE

HUMP EXHIBIT 4

340    36280

**Prepared by:**

Name:   Rhea E. LeCompte

Title:   CRST Credit Officer I

Address: ███████████████████

Ph. No: ███████████████████

Date:   May 29, 2008

STATE OF SOUTH DAKOTA ⎱ ss C-8535
COUNTY OF ZIEBACH ⎰

**OFFICE OF REGISTER OF DEEDS**

I hereby certify that the within instrument
was filed in this office on the 16th day of
July ..... A.D 2008 .at 1:45 o'clock
.P. M and duly recorded in Book 30
of Mortgage on page 80-81
████████████████ Register of Deeds
$16.00

## MORTGAGE – Corporation – State Form

*THIS MORTGAGE, made this* 29th *day of* May *in the year* 2008*, by:* David J. Hump and Karen L.
Hump *of* Ziebach *County and State of* South Dakota*, Mortgagor* s *, to* Bureau of Indian Affairs *of*
Eagle Butte *P.O. Box 325, County of* Dewey *and State of* South Dakota*, Mortgagee* :

   *WITNESSETH, that said Mortgagor* s *hereby mortgage to said Mortgagee___the following
described premises situated in the County of* Ziebach *and the State of South Dakota, to-wit:*

Please see "Attachment A" of this mortgage document.

*as security for the payment to said mortgagee__ at* Bureau of Indian Affairs, Eagle Butte, SD *of the
principle sum of* One Million and No/100————————————————*Dollars and interest thereon at* 6.0
*per cent per annum from the date, according to* One *certain promissory note__ bearing even date herewith, due*
September 1, 2034*.*

   SAID MORTGAGOR s *further agree__ to pay all taxes and assessments that may be levied upon
said premises, before the same shall become delinquent (and to keep the buildings, if any, upon said
premises safely insured for the benefit of said Mortgagee__in the sum of _____ Dollars against loss
by fire and___ : _____ and deliver the insurance policies to said Mortgagee_).
   In case of the Mortgagor's failure to pay said taxes or assessments before the same become delinquent
or to pay insurance premiums for insurance on said buildings, and Mortgagee__or assignee may do so
and the amounts so paid, with interest at ___ per cent, from date of payment, shall be added to and
deemed a part of the money secured by this mortgage. Said Mortgagors hereby relinquish their rights of
homestead in said premises and warrant__ that they the owners in fee of said premises, and that the same
are free from all encumbrances _____*
   *In case of default in the payment of said principle sum of money or any part thereof, or interest thereon at the
time or times above specified for payment thereof, or in case of non-payment of any taxes assessments or insurance
as aforesaid, or of breach of nay covenant or agreement herein contained, then and in either case, the whole,
principal and interest, of said note and shall at the option of the holder thereof, immediately become due and
payable, and this mortgage maybe foreclosed by action, or by advertisement as provided by statute or the rules of
practice relating thereto, and this paragraph shall be deemed as authorizing and constituting a power of sale as
mentioned in said statutes or rules, and any amendatory thereof.*

*[signatures]*
Karen Hump





AS CUSTODIAN OF THE LAND TITLES RECORDS OF THE BUREAU OF INDIAN AFFAIRS, ABERDEEN AREA OFFICE, ABERDEEN, SD. I HEREBY CERTIFY THAT THIS IS THE TRUE COPY OF DOCUMENT CONTAINED IN PROBATE FILE 340 3e280 DATE: 11-22-19   Chansea Peason

RICHARD D. ZEPHIER MANAGER
Acting LAND TITLES AND RECORDS OFFICE

EXHIBIT 4

(Page 3 of 5)

340    36280

STATE OF SOUTH DAKOTA,          )
                                )ss.
County of Dewey                 )

On this the 29th day of May , 20 08 , before me, Joyce M. Gunville , the undersigned officer, personally appeared David & Karen Hump , known to me or satisfactorily proven to be the person(s) whose name(s) _____ subscribed to the within instrument and acknowledged that __he__ executed the same for the purposes therein contained. In Witness whereof I hereunto set my hand and official seal.

Joyce M. Gunville
Notary
Title of Officer

Date commission expires 05/04/2013



AS CUSTODIAN OF THE LAND TITLES RECORDS OF THE BUREAU
OF INDIAN AFFAIRS, ABERDEEN AREA OFFICE, ABERDEEN, SD.
I HEREBY CERTIFY THAT THIS IS THE TRUE COPY OF DOCUMENT
CONTAINED IN PROBATE FILE 340 36280
DATE: 11-22-19   Chenissu Petasn

RICHARD D. ZEPHIER MANAGER
Achey LAND TITLES AND RECORDS OFFICE

HUMP EXHIBIT 4

(Page 4 of 5)

340   36280

**Dave Hump Mortgage**
**ATTACHMENT A**

*Surface Only Tracts (1/1 ownership)*

| Tract | Description | Acres |
|---|---|---|
| X596A | SW¼, Section 4, Township 9N, Range 18E | 160.0 |
| X297-A | SE¼, Section 5, Township 9N, Range 18E | 160.0 |
| X1727A | S½ NE¼, Lot 1, Lot 2, Section 5, Township 9N, Range 18E | 160.22 |
| 1292 | SE¼, Section 6, Township 9N, Range 18E | 160.0 |
| X1881 | SW¼ NE¼, Lot 2, Section 6, Township 9N, Range 18E | 80.12 |
| X1881-A | SE¼ NE¼, Lot 1, Section 6, Township 9N, Range18E | 80.18 |
| X1882A | E½ SW¼, Lot 3, Lot 4, Section 7, Township 9N, Range 18E | 159.60 |
| X774C | E½ E½ SW¼ NE¼ (10.0 acres); E½ E½ W½ E½ SW¼ NE¼ (2.5 acres); SE¼ NE¼ (40.0 acres), all in Section 7, Township 9N, Range 18E | 52.5 |
| X1367A | E½ SE¼, Section 7, Township 9N, Range 18E | 80.0 |
| 5072 | W½ SE¼, Section 7, Township 9N, Range 18E (80.0 acres); Lot 7, Lot 8, Section13, Township 9N, Range 17E (43.95 acres); Lot 5, Lot 6, Section 24, Township 9N, Range17E (44.10 acres) | 168.05 |
| 1220 | SW¼, Section 8, Township 9N, Range 18E | 160.0 |
| X1290-A | NE¼, Section 8, Township 9N, Range 18E | 160.0 |

**TOTAL SURFACE ACREAGE** **1580.67**

*Surface & Mineral Tracts (1/1 ownership)*

| Tract | Description | Acres |
|---|---|---|
| 3697A | SE¼ , Section 8, Township 9N, Range18E | 160.0 |

**TOTAL SURFACE & MINERAL ACREAGE** **160.0**

**Grand Total Acreage for Attachment A** **1740.67**

Mortgagor(s):

David J. Hump          Date 5-29-08

Karen L. Hump          Date 5/29/08



AS CUSTODIAN OF THE LAND TITLES RECORDS OF THE BUREAU
OF INDIAN AFFAIRS, ABERDEEN AREA OFFICE, ABERDEEN, SD.
I HEREBY CERTIFY THAT THIS IS THE TRUE COPY OF DOCUMENT
CONTAINED IN PROBATE FILE 340 36280
DATE: 11-22-19   Chansee Peterson
RICHARD D. ZEPHIER MANAGER
Acting LAND TITLES AND RECORDS OFFICE

HUMP EXHIBIT 4

(Page 5 of 5)

# FORMAL ROUTING SLIP FOR LEGAL DOCUMENTS

| | | |
|---|---|---|
| **DOC. TYPE:** | 15 | |
| **LAND AREA:** | 340 | |
| **DOCUMENT ID:** | 36280 | |
| **TAAMS ENCODED BY:** | **DATE:** | |
| **SCANNED BY:** | **DATE:** | JUL 2 3 2008 |
| **RECORDED BY:** BHR | **DATE:** 07/22/08 | |
| **REVIEWED BY:** | **DATE:** | |

**REMARKS:** *NEW LEGAL DOC*

HUMP EXHIBIT 4

AS CUSTODIAN OF THE LAND TITLES RECORDS OF THE BUREAU OF INDIAN AFFAIRS, ABERDEEN AREA OFFICE, ABERDEEN, SD. I HEREBY CERTIFY THAT THIS IS THE TRUE COPY OF DOCUMENT CONTAINED IN PROBATE FILE 340 36280

DATE: 11-22-19 Chandra Peterson

Acting RICHARD D. ZEPHIER MANAGER
LAND TITLES AND RECORDS OFFICE

HUMP EXHIBIT 4

**United States Department of the Interior**
**Bureau of Indian Affairs**
**Title Status Report**

Report Certification Time and Date: 10/28/2019 01:48:35 PM

Requestor: MFALLIS Date/Time: 10/28/2019 13:48:47

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 297 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee: LITTLE CROW

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 X 297 -A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 X 297 -A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

*Rick Zephier*

LTRO Manager

Appendix "A"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 297 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Land Legal Descriptions**

| Section | Township | Range | State | County | Meridian | Legal Description | | Acres |
|---------|----------|-------|-------|--------|----------|-------------------|---|-------|
| 5 | 009.00N | 018.00E | SOUTH DAKOTA | ZIEBACH | Black Hills | | SE | 160.000 |
| | MINERALS RESERVED | | | | | | | |

| | | | | | | TOTAL TRACT ACRES: | | 160.000 |

## Appendix "B"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 297 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

### Effective Ownership as of 12/17/2005

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | AS ACQUIRED | CONVERTED TO LCD | DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENN E RIVER SIOUX - SD | U010661 ▉▉▉▉ | Indian | Trust | All | Deed-TS | ACT 1934 | 34313 | HUMP DAVID | 1 1 | 1 | 1 1.0000000000 |

\* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1 | |
| | 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 | |
| | 1 | .0000000000 |
| TOTAL: | 1 | |
| | 1 | 1.0000000000 |

**Appendix "C"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 297 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 X 297 -A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit HUMP DAVID | ███ | ███ | 11/01/2018 | 10/31/2023 | 160.000 | 11/27/2018 | 340 0003321823 |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |
| MISCELLANEOUS | FARMERS HOME ADMIN | PERPETUAL | 25173--- | RELEASE OF ASSIGNMENTS |
| MISCELLANEOUS | CHEYENNERIVER SIOUXTRIBE | PERPETUAL | 25199--- | RELEASE OF ASSIGNMENT OF INCOME PER DOC NO. 340-24212. |

Appendix "D"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 297 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

United States Department of the Interior
Bureau of Indian Affairs
Title Status Report

Report Certification Time and Date: 10/28/2019 01:48:30 PM
Requestor: MFALLIS Date/Time: 10/28/2019 13:48:53

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 596 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee: DOG EAGLE NO. 2

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 X 596 A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or for fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 X 596 A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rick Zephier_
LTRO Manager

Page 1 of 5
HUMP EXHIBIT 5

**Appendix "A"**

| Land Area 340 | Land Area Name CHEYENNE RIVER | Tract Number X 596 A | LTRO ABERDEEN, SD | Region GREAT PLAINS REGIONAL OFFICE | Agency CHEYENNE RIVER AGENCY | Resources Surface |
|---|---|---|---|---|---|---|

**Land Legal Descriptions**

| Section | Township | Range | State | County | Meridian | Legal Description | | Acres |
|---|---|---|---|---|---|---|---|---|
| 4 | 009.00N | 018.00E | SOUTH DAKOTA | ZIEBACH | Black Hills | | SW | 160.000 |
| | MINERALS RESERVED | | | | | | | |
| | | | | | | TOTAL TRACT ACRES: | | 160.000 |

**Appendix "B"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 596 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Effective Ownership as of 10/25/2012

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | AGGR SHARE CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX – SD | U010661 ▇▇▇ | Indian | Trust | All | Deed-TS | ACT 1934 | 38188 | HUMP DAVID | 1 1 | 1 | 1 1.0000000000 |

\* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1 | |
| | 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 | |
| | 1 | .0000000000 |
| TOTAL: | 1 | |
| | 1 | 1.0000000000 |

**Appendix "C"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 596 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 X 596 A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|---|
| Grazing Permit | ▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇ | 11/01/2018 | 10/31/2023 | | 160.000 | 11/27/2018 | 340 0003321823 |
| HUMP DAVID | | | | | | | | |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |
| MISCELLANEOUS | ----- | | ---5555 | TSR DOES NOT SHOW GRANTS OF USE THE TRIBE MAY MAKE WITHOUT DEPARTMENT APPROVAL. |

**Appendix "D"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 596 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

United States Department of the Interior
Bureau of Indian Affairs
Title Status Report

Report Certification Time and Date: 10/25/2019 11:50:21 AM
Requestor: MFALLIS Date/Time: 10/25/2019 11:51:18

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 774 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee: THE EARTH
See Appendix A for Land Legal Descriptions
**Title Status**
Tract 340 X 774 A is held by the United States of America in trust for the land owner(s) with trust interests and/or the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 X 774 A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rick Zephier_
LTRO Manager

**Appendix "A"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 774 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Land Legal Descriptions**

| Section | Township | Range | State | County | Meridian | Legal Description | Acres |
|---|---|---|---|---|---|---|---|
| 7 | 009.00N | 018.00E | SOUTH DAKOTA | ZIEBACH | Black Hills | SE NE | 40.000 |
| | | | | | | E E W E SW NE | 2.500 |
| | | | | | | E E SW NE | 10.000 |
| | | | | | | TOTAL TRACT ACRES: | 52.500 |

Appendix "B"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 774 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Effective Ownership as of 10/25/2012**

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | AGGR SHARE CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX - SD | U010661 | Indian | Trust | All | Deed-TS | ACT 1934 | 38188 | HUMP | 1 | 1 | |
| | | | | | | | | DAVID | 1 | 1 | 1.0000000000 |

\* "All" means the equitable beneficial
interest and the legal title interest merged
together.

| | | |
|---|---|---|
| IN TRUST: | 1 | |
| | 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 | |
| | 1 | .0000000000 |
| TOTAL: | 1 | |
| | 1 | 1.0000000000 |

## Appendix "C"

| Land Area 340 | Land Area Name CHEYENNE RIVER | Tract Number X 774 A | LTRO ABERDEEN, SD | Region GREAT PLAINS REGIONAL OFFICE | Agency CHEYENNE RIVER AGENCY | Resources Surface |
|---|---|---|---|---|---|---|

Ownership of Tract 340 X 774 A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit HUMP DAVID | ████████ | █████ | 11/01/2018 | 10/31/2023 | 52.500 | 11/27/2018 | 340 0003321823 |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | BIA | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |
| MISCELLANEOUS | ----- | | ---5555 | TSR DOES NOT SHOW GRANTS OF USE THE TRIBE MAY MAKE WITHOUT DEPARTMENT APPROVAL. |

Appendix "D"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 774 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

**United States Department of the Interior**
**Bureau of Indian Affairs**
**Title Status Report**

Report Certification Time and Date: 10/25/2019 02:23:15 PM
Requestor: MFALLIS Date/Time: 10/25/2019 14:23:31

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 1220 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee: IDA BULL EAGLE

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 1220 is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 1220 is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rick Zephier_
LTRO Manager

**Appendix "A"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 1220 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Land Legal Descriptions**

| Section | Township | Range | State | County | Meridian | Legal Description | | Acres |
|---|---|---|---|---|---|---|---|---|
| 8 | 009.00N | 018.00E | SOUTH DAKOTA | ZIEBACH | Black Hills | | SW | 160.000 |

TOTAL TRACT ACRES: 160.000

**Appendix "B"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 1220 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Effective Ownership as of 09/05/2007**

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | AGGR SHARE CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | ←── DOCUMENT ──→ | | | NAME ACQUIRED | | | |
| 340 CHEYENNE RIVER SIOUX – SD | U010661 ███████ | Indian | Trust | All | Deed-TS | ACT 1934 | 35968 | HUMP DAVID | 1 1 | 1 | 1 1.0000000000 |

* "All" means the equitable beneficial interest and the legal title interest merged together.

| IN TRUST: | 1 |
|---|---|
| | 1  1.0000000000 |

| IN FEE: | 0 |
|---|---|
| | 1  .0000000000 |
| TOTAL: | 1 |
| | 1  1.0000000000 |

**Appendix "C"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 1220 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 1220 is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit<br>HUMP DAVID | ▇▇▇ | ▇▇▇▇ | 11/01/2018 | 10/31/2023 | 160.000 | 11/27/2018 | 340 0003321823 |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |

**Appendix "D"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 1220 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

United States Department of the Interior
Bureau of Indian Affairs
Title Status Report

Report Certification Time and Date: 10/28/2019 08:43:28 AM
Requestor: MFALLIS Date/Time: 10/28/2019 08:48:28

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1290 –A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee:

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 X 1290 –A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 X 1290 –A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rick Zephier_
LTRO Manager

## Appendix "A"

| Land Area<br>340 | Land Area Name<br>CHEYENNE RIVER | Tract Number<br>X 1290 -A | LTRO<br>ABERDEEN,. SD | Region<br>GREAT PLAINS<br>REGIONAL OFFICE | Agency<br>CHEYENNE RIVER<br>AGENCY | Resources<br>Surface |
|---|---|---|---|---|---|---|

**Land Legal Descriptions**

| Section<br>8 | Township<br>009.00N | Range<br>018.00E | State<br>SOUTH DAKOTA | County<br>ZIEBACH | Meridian<br>Black Hills | Legal Description | Acres<br>160.000 |
|---|---|---|---|---|---|---|---|
| | | | | | | NE | |
| | | | | | | TOTAL TRACT ACRES: | 160.000 |

**Appendix "B"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 1290 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Effective Ownership as of 10/25/2012**

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX - SD | U010661 ▓▓▓▓ | Indian | Trust | All | Deed-TS | ACT 1934 | 38188 | HUMP DAVID | 1 1 | 1 | 1 1.0000000000 |

\* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1 | |
| | 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 | |
| | 1 | .0000000000 |
| TOTAL: | 1 | |
| | 1 | 1.0000000000 |

Appendix "C"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1290 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 X 1290 -A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit HUMP DAVID | ███████ | ████████ | 11/01/2018 | 10/31/2023 | 160.000 | 11/27/2018 | 340 0003321823 |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |
| MISCELLANEOUS | ----- | | ---5555 | TSR DOES NOT SHOW GRANTS OF USE THE TRIBE MAY MAKE WITHOUT DEPARTMENT APPROVAL. |

Appendix "D"

| Land Area 340 | Land Area Name CHEYENNE RIVER | Tract Number X 1290 -A | LTRO ABERDEEN, SD | Region GREAT PLAINS REGIONAL OFFICE | Agency CHEYENNE RIVER AGENCY | Resources Surface |
|---|---|---|---|---|---|---|

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

United States Department of the Interior
Bureau of Indian Affairs
Title Status Report

Report Certification Time and Date: 10/28/2019 08:43:23 AM
Requestor: MFALLIS Date/Time: 10/28/2019 08:48:22

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | 1292 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee: THE EARTH

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 1292 is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 1292 is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rick Zephier_
LTRO Manager

## Appendix "A"

| Land Area<br>340 | Land Area Name<br>CHEYENNE RIVER | Tract Number<br>1292 | LTRO<br>ABERDEEN, SD | Region<br>GREAT PLAINS<br>REGIONAL OFFICE | Agency<br>CHEYENNE RIVER<br>AGENCY | Resources<br>Surface |
|---|---|---|---|---|---|---|

**Land Legal Descriptions**

| Section | Township | Range | State | County | Meridian | Legal Description | | Acres |
|---|---|---|---|---|---|---|---|---|
| 6 | 009.00N | 018.00E | SOUTH DAKOTA | ZIEBACH | Black Hills | | SE | 160.000 |
| | | | | | | TOTAL TRACT ACRES: | | 160.000 |

## Appendix "B"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 1292 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Effective Ownership as of 12/17/2005**

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX - SD | U010661 ▮▮▮▮▮ | Indian | Trust | All | Deed-TS | ACT 1934 | 34312 | HUMP | 1 | 1 | |
| | | | | | | | | DAVID | 1 | 1 | 1.0000000000 |

* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1 | |
| | 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 | |
| | 1 | .0000000000 |
| TOTAL: | 1 | |
| | 1 | 1.0000000000 |

## Appendix "C"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 1292 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 1292 is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit HUMP DAVID | ███████ | ██████ | 11/01/2018 | 10/31/2023 | 160.000 | 11/27/2018 | 340 0003321823 |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |
| MISCELLANEOUS | CHEYENNERIVER SIOUXTRIBE | PERPETUAL | 25199--- | RELEASE OF ASSIGNMENT OF INCOME PER DOC NO. 340-24212. |
| RIGHTS OF WAY | TRI-COUNTY WTR ASSOC INC | PERPETUAL | 25672--- | WATERLINE R/W APPD 04/12/84, ACT OF 2/05/48 (62 STAT 17). |

Appendix "D"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | 1292 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

United States Department of the Interior
Bureau of Indian Affairs
Title Status Report

Report Certification Time and Date: 10/25/2019 03:20:02 PM

Requestor: MFALLIS Date/Time: 10/25/2019 15:20:14

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1367 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee:

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 X 1367 A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 X 1367 A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rick Zephier_

LTRO Manager

Page 1 of 5
HUMP EXHIBIT 5

**Appendix "A"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1367 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Land Legal Descriptions**

| Section | Township | Range | State | County | Meridian | Legal Description | Acres |
|---|---|---|---|---|---|---|---|
| 7 | 009.00N | 018.00E | SOUTH DAKOTA | ZIEBACH | Black Hills | E SE | 80.000 |
| | | | | | | TOTAL TRACT ACRES: | 80.000 |

**Appendix "B"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1367 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Effective Ownership as of 10/25/2012**

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX - SD | U010661 ▮▮▮▮ | Indian | Trust | All | Deed-TS | ACT 1934 | 38188 | HUMP | 1 | 1 | |
| | | | | | | | | DAVID | 1 | 1 | 1.0000000000 |

\* "All" means the equitable beneficial
interest and the legal title interest merged
together.

| | | |
|---|---|---|
| IN TRUST: | 1 | |
| | 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 | |
| | 1 | .0000000000 |
| TOTAL: | 1 | |
| | 1 | 1.0000000000 |

## Appendix "C"

| Land Area<br>340 | Land Area Name<br>CHEYENNE RIVER | Tract Number<br>X 1367 A | LTRO<br>ABERDEEN, SD | Region<br>GREAT PLAINS<br>REGIONAL OFFICE | Agency<br>CHEYENNE RIVER<br>AGENCY | Resources<br>Surface |
|---|---|---|---|---|---|---|

Ownership of Tract 340 X 1367 A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration<br>Date | Acres | Recorded<br>Date | Recorded<br>Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit<br>HUMP DAVID | ███ | ███ | 11/01/2018 | 10/31/2023 | 80.000 | 11/27/2018 | 340 0003321823 |

| Type of<br>Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |

Appendix "D"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1367 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

**United States Department of the Interior**
**Bureau of Indian Affairs**
**Title Status Report**

Report Certification Time and Date: 10/28/2019 09:20:06 AM

Requestor: MFALLIS Date/Time: 10/28/2019 09:21:15

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1727 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee: VICTORIA LITTLE CROW

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 X 1727 A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 X 1727 A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_____
LTRO Manager

Appendix "A"

| Land Area 340 | Land Area Name CHEYENNE RIVER | Tract Number X 1727 A | LTRO ABERDEEN, SD | Region GREAT PLAINS REGIONAL OFFICE | Agency CHEYENNE RIVER AGENCY | Resources Surface |
|---|---|---|---|---|---|---|

**Land Legal Descriptions**

| Section 5 | Township 009.00N | Range 018.00E | State SOUTH DAKOTA | County ZIEBACH | Meridian Black Hills | Legal Description | Acres |
|---|---|---|---|---|---|---|---|
| | | | | | | LOT 02= | 40.130 |
| | | | | | | LOT 01= | 40.090 |
| | | | | | | S NE | 80.000 |
| | MINERALS RESERVED | | | | | | |
| | | | | | | TOTAL TRACT ACRES: | 160.220 |

Appendix "B"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|---------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 1727 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Effective Ownership as of 10/25/2012**

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | AGGR SHARE CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX - SD | U010661 ▮▮▮▮ | Indian | Trust | All | Deed-TS | ACT 1934 | 38188 | HUMP | 1 | 1 | |
| | | | | | | | | DAVID | 1 | | 1 1.0000000000 |

\* "All" means the equitable beneficial
interest and the legal title interest merged
together.

| | IN TRUST: | 1 | |
|---|---|---|---|
| | | 1 | 1.0000000000 |

| | IN FEE: | 0 | |
|---|---|---|---|
| | | 1 | .0000000000 |
| | TOTAL: | 1 | |
| | | 1 | 1.0000000000 |

**Appendix "C"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1727 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 X 1727 A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit<br>HUMP DAVID | ███████ | ██████ | 11/01/2018 | 10/31/2023 | 160.220 | 11/27/2018 | 340 0003321823 |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |
| MISCELLANEOUS | ------ | | ---5555 | TSR DOES NOT SHOW GRANTS OF USE THE TRIBE MAY MAKE WITHOUT DEPARTMENT APPROVAL. |

**Appendix "D"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 1727 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

United States Department of the Interior
Bureau of Indian Affairs
Title Status Report

Report Certification Time and Date: 10/28/2019 02:28:34 PM

Requestor: MFALLIS Date/Time: 10/28/2019 14:28:55

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | X 1881 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee: STINGY

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 X 1881 is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 X 1881 is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

*Rick Zephin*

LTRO Manager

**Appendix "A"**

| Land Area 340 | Land Area Name CHEYENNE RIVER | Tract Number X 1881 | LTRO ABERDEEN, SD | Region GREAT PLAINS REGIONAL OFFICE | Agency CHEYENNE RIVER AGENCY | Resources Surface |
|---|---|---|---|---|---|---|

**Land Legal Descriptions**

| Section 6 | Township 009.00N | Range 018.00E | State SOUTH DAKOTA | County ZIEBACH | Meridian Black Hills | Legal Description | Acres |
|---|---|---|---|---|---|---|---|
| | | | | | | LOT 02= | 40.120 |
| | | | | | | SW NE | 40.000 |
| MINERALS RESERVED | | | | | | | |
| | | | | | | TOTAL TRACT ACRES: | 80.120 |

## Appendix "B"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1881 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

### Effective Ownership as of 10/08/2004

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENN E RIVER SIOUX – SD | U010661 ▓▓▓▓ | Indian | Trust | All | Deed-TS | ACT 1934 | 31623--- | HUMP<br>DAVID J. | 1<br>1 | 1<br>1 | 1.0000000000 |

* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1 | |
| | 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 | |
| | 1 | .0000000000 |
| TOTAL: | 1 | |
| | 1 | 1.0000000000 |

## Appendix "C"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1881 | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 X 1881 is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit HUMP DAVID | ███████ | ██████ | 11/01/2018 | 10/31/2023 | 80.120 | 11/27/2018 | 340 0003321823 |
| Electric Line and Power MOREAU GRAND ELECTRIC COOP, INC. | ██████ | ██████ | 03/20/1991 | PERPETUAL | .010 | 10/08/2004 | |
| Electric Line and Power MOREAU GRAND ELECTRIC COOP, INC. | ██████ | ██████ | 09/19/2003 | PERPETUAL | .010 | 10/08/2004 | |
| Telephone/Telegraph CRST TELEPHONE AUTHORITY | ██████ | ██████ | 07/16/2012 | PERPETUAL | .700 | 08/08/2012 | |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |
| MISCELLANEOUS | FARMERS HOME ADMIN | PERPETUAL | 25173--- | RELEASE OF ASSIGNMENTS |
| MISCELLANEOUS | CHEYENNERIVER SIOUXTRIBE | PERPETUAL | 25199--- | RELEASE OF ASSIGNMENT OF INCOME PER DOC NO. 340-24212. |
| RIGHTS OF WAY | TRI-COUNTY WTR ASSOC INC | PERPETUAL | 25672--- | WATERLINE R/W APPD 04/12/84, ACT OF 2/05/48 (62 STAT 17). |

Appendix "D"

| Land Area 340 | Land Area Name CHEYENNE RIVER | Tract Number X 1881 | LTRO ABERDEEN, SD | Region GREAT PLAINS REGIONAL OFFICE | Agency CHEYENNE RIVER AGENCY | Resources Surface |
|---|---|---|---|---|---|---|

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

United States Department of the Interior
Bureau of Indian Affairs
Title Status Report

Report Certification Time and Date: 10/28/2019 02:28:40 PM

Requestor: MFALLIS Date/Time: 10/28/2019 14:29:05

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1881 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee: STINGY

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 X 1881 -A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 X 1881 -A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

*Rich Zephin*

LTRO Manager

Page 1 of 5
HUMP EXHIBIT 5

## Appendix "A"

| Land Area 340 | Land Area Name CHEYENNE RIVER | Tract Number X 1881 –A | LTRO ABERDEEN, SD | Region GREAT PLAINS REGIONAL OFFICE | Agency CHEYENNE RIVER AGENCY | Resources Surface |
|---|---|---|---|---|---|---|

**Land Legal Descriptions**

| Section 6 | Township 009.00N | Range 018.00E | State SOUTH DAKOTA | County ZIEBACH | Meridian Black Hills | Legal Description | Acres |
|---|---|---|---|---|---|---|---|
| | | | | | | LOT 01= | 40.180 |
| | | | | | | SE NE | 40.000 |
| | MINERALS RESERVED | | | | | | |
| | | | | | | TOTAL TRACT ACRES: | 80.180 |

### Appendix "B"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1881 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Effective Ownership as of 10/08/2004**

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | NAME ACQUIRED SURNAME / FIRST NAME | FRACTION AS ACQUIRED | AGGR SHARE CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX - SD | U010661 ▉▉▉ | Indian | Trust | All | Deed-TS | ACT 1934 | 30004--- | HUMP<br>DAVID J. | 1<br>1 | 1 | 1 1.0000000000 |

\* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1 | |
| | 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 | |
| | 1 | .0000000000 |
| TOTAL: | 1 | |
| | 1 | 1.0000000000 |

**Appendix "C"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | X 1881 -A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 X 1881 -A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit HUMP DAVID | ███ | ███ | 11/01/2018 | 10/31/2023 | 80.180 | 11/27/2018 | 340 0003321823 |
| Telephone/Telegraph CRST TELEPHONE AUTHORITY | ███ | ███ | 07/02/1991 | PERPETUAL | .010 | 10/08/2004 | |
| Electric Line and Power MOREAU GRAND ELECTRIC COOP, INC. | ███ | ███ | 09/19/2003 | PERPETUAL | .010 | 10/08/2004 | |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |

**Appendix "D"**

| Land Area 340 | Land Area Name CHEYENNE RIVER | Tract Number X 1881 -A | LTRO ABERDEEN, SD | Region GREAT PLAINS REGIONAL OFFICE | Agency CHEYENNE RIVER AGENCY | Resources Surface |
|---|---|---|---|---|---|---|

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

**United States Department of the Interior**
**Bureau of Indian Affairs**
**Title Status Report**

Report Certification Time and Date: 10/29/2019 01:23:28 PM

Requestor: MFALLIS Date/Time: 10/29/2019 13:23:39

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 3697 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee:

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 3697 A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 3697 A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rich Zephier_
LTRO Manager

**Appendix "A"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 3697 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Land Legal Descriptions**

| Section | Township | Range | State | County | Meridian | Legal Description | Acres |
|---|---|---|---|---|---|---|---|
| 8 | 009.00N | 018.00E | SOUTH DAKOTA | ZIEBACH | Black Hills | SE | 160.000 |
| | | | | | | TOTAL TRACT ACRES: | 160.000 |

## Appendix "B"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 3697 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

**Effective Ownership as of 10/25/2019**

| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | FRACTION AS ACQUIRED | AGGR SHARE CONVERTED TO LCD | AGGREGATE DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX - SD | U010661 ▮▮▮ | Indian | Trust | All | Deed-TS | ACT 1934 | 34179 | HUMP DAVID | 1 1 | 1 1 | 1.0000000000 |

* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 1 | .0000000000 |
| TOTAL: | 1 1 | 1.0000000000 |

**Appendix "C"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 3697 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 3697 A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit<br>HUMP DAVID | ▇▇▇ | ▇▇▇ | 11/01/2018 | 10/31/2023 | 160.000 | 11/27/2018 | 340 0003321823 |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |
| DITCHES & CANALS | U.S. | PERPETUAL | 5456--- | R/W for Ditches & Canals Act of 8-30-90 (26 Stat 391). Void.  See 58 ID 319, 59 ID 461. |
| MISCELLANEOUS | ----- | | ---5555 | TSR DOES NOT SHOW GRANTS OF USE THE TRIBE MAY MAKE WITHOUT DEPARTMENT APPROVAL. |

Appendix "D"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | 3697 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D

**United States Department of the Interior**
**Bureau of Indian Affairs**
**Title Status Report**

Report Certification Time and Date: 10/25/2019 02:23:19 PM

Requestor: MFALLIS Date/Time: 10/25/2019 14:23:36

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | 5072 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Original Allottee:

See Appendix A for Land Legal Descriptions

**Title Status**

Tract 340 5072 A is held by the United States of America in trust for the land owner(s) with trust interests and/or by the land owner(s) with restricted interests and/or fee simple interests, as listed in Appendix "B" attached to and incorporated in this Title Status Report.

The title to Tract 340 5072 A is current, complete, correct, and without defect. Ownership is in unity and interests are owned in the following title status: trust.

The tract ownership is encumbered by the title documents which have been approved by a properly delegated Federal official and are required to be recorded by law, regulation, or Bureau policy as listed on Appendix "C" attached to and incorporated in this Title Status Report.

See Appendix D for all other documents that are required to be recorded by law, regulation or Bureau policy.

No Tract Notes or Coded Remarks for this tract.

This report does not cover encroachments nor any other rights that might be disclosed by a physical inspection of the premises, nor questions of location or boundary that an accurate survey may disclose. This Report also does not cover encumbrances, including but not limited to irrigation charges, unpaid claims, not filed or recorded in this Land Titles and Records Office. This report does not state the current ownership of the interests owned in fee simple but states the ownership at the time the interest ceased to be held in trust or restricted ownership status.

This Title Status Report is a true and correct report of the status of title to the real estate described herein according to the official land records recorded and maintained in this office.

_Rick Zephier_
_____
LTRO Manager

**Appendix "A"**

| Land Area<br>340 | Land Area Name<br>CHEYENNE RIVER | Tract Number<br>5072 A | LTRO<br>ABERDEEN, SD | Region<br>GREAT PLAINS<br>REGIONAL OFFICE | Agency<br>CHEYENNE RIVER<br>AGENCY | Resources<br>Surface |
| --- | --- | --- | --- | --- | --- | --- |

**Land Legal Descriptions**

| Section<br>7 | Township<br>009.00N | Range<br>018.00E | State<br>SOUTH DAKOTA | County<br>ZIEBACH | Meridian<br>Black Hills | Legal Description<br>W SE | Acres<br>80.000 |
| --- | --- | --- | --- | --- | --- | --- | --- |

TOTAL TRACT ACRES: 80.000

**Appendix "B"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 5072 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Effective Ownership as of 12/23/2009

| \-\-\-\-\-\-\-\-\-\-\- OWNER \-\-\-\-\-\-\-\-\-\-\- | | | | | \-\-\-\- DOCUMENT \-\-\-\- | | | NAME ACQUIRED | FRACTION | AGGR SHARE | AGGREGATE |
| Tribe & Code | ID No. / DOB | Indian / NonIndian | Title | Interest* | Class | Type | Number | SURNAME / FIRST NAME | AS ACQUIRED | CONVERTED TO LCD | DECIMAL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 340 CHEYENNE RIVER SIOUX – SD | U010661 ████████ | Indian | Trust | All | Deed-TS | ACT 1934 | 35968 | HUMP DAVID | 1 1 | 1 1 | 1 1.0000000000 |

\* "All" means the equitable beneficial interest and the legal title interest merged together.

| | | |
|---|---|---|
| IN TRUST: | 1 1 | 1.0000000000 |

| | | |
|---|---|---|
| IN FEE: | 0 1 | .0000000000 |
| TOTAL: | 1 1 | 1.0000000000 |

**Appendix "C"**

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|---|---|---|---|---|---|---|
| 340 | CHEYENNE RIVER | 5072 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

Ownership of Tract 340 5072 A is encumbered by the following:

| Contract Type/Contractor Name | Contract | Contractor ID | Begin Date | Expiration Date | Acres | Recorded Date | Recorded Image# |
|---|---|---|---|---|---|---|---|
| Grazing Permit HUMP DAVID | ███████ | ███████ | 11/01/2018 | 10/31/2023 | 80.000 | 11/27/2018 | 340 0003321823 |

| Type of Encumbrance | Encumbrance Holder | Expiration | Document | Description and Explanation |
|---|---|---|---|---|
| MORTGAGE | HUMP DAVID | 09/01/2034 | 36280 | MTG APPD 05/29/08 SECURES NOTE DATED 05/29/08 FOR $1,000,000.00 ENCUMBERING THE INTEREST OF DAVID J. AND KAREN L. HUMP |

Appendix "D"

| Land Area | Land Area Name | Tract Number | LTRO | Region | Agency | Resources |
|-----------|----------------|--------------|------|--------|--------|-----------|
| 340 | CHEYENNE RIVER | 5072 A | ABERDEEN, SD | GREAT PLAINS REGIONAL OFFICE | CHEYENNE RIVER AGENCY | Surface |

No Contracts to list for Appendix D

No Encumbrances to list for Appendix D